# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS D. MANGELSEN, INC., d/b/a IMAGES OF NATURE, a Nebraska corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>HEARTLAND PAYMENT SYSTEMS, INC., a Delaware corporation, and BANK OF AMERICA, INC., a Delaware corporation,<br><br>        Defendants. | Case No. 8:05cv33<br><br>ORDER |

This matter is before the court on the Joint Motion to Continue Time to File Report of Parties' Planning Conference [#20]. For good cause shown and in the interest of justice,

**IT IS ORDERED:**

1. The parties' Joint Motion to Continue Time to File Report of Parties' Planning Conference [#20] is granted.

2. The parties shall file their Rule 26 meeting report within twenty (20) days of the filing of the Court's ruling on the Defendants' Motions to Dismiss [#16] and [#17].

Dated this 21st day of April 2005.

                                            BY THE COURT:


                                            S/ F.A. Gossett
                                            United States Magistrate Judge