IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **THOMAS D. MANGELSEN, INC.,** a Nebraska Corporation doing business as **Images of Nature,** | ) ) ) ) ) | **CASE NO. 8:05CV33** |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| **HEARTLAND PAYMENT SYSTEMS, INC.,** a Delaware Corporation, and **BANK OF AMERICA,** a Delaware Corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion for Enlargement of Time (Filing No. 22) to respond to the Defendants' separate motions to dismiss. The Defendants did not object to the motion, which originally sought an extension until May 6, 2005. The Court has been advised that the parties' have stipulated that the extension may be granted to the Plaintiff through Monday, May 9, 2005. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion for Enlargement of Time (Filing No. 22) is granted; and

2. The Plaintiff shall respond to the Defendants' Motions to Dismiss on or before Monday, May 9, 2005.

Dated this 5th day of May, 2005.

BY THE COURT

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge