## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **THOMAS D. MANGELSEN, INC., a Nebraska corporation doing business as Images of Nature,** | ) ) ) ) | **CASE NO. 8:05CV33** |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) ) | **ORDER** |
| **HEARTLAND PAYMENT SYSTEMS, INC., a Delaware Corporation, and BANK OF AMERICA, a Delaware Corporation,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Defendant's Unopposed Motion to Continue Time for Defendant Bank of America, Inc. to File a Reply Brief in Support of its Motion to Dismiss. (Filing No. 26.)  Neither the Plaintiff Thomas D. Mangelsen, Inc., nor Defendant Heartland Payment Systems, Inc. has objected to the motion.  Bank of America has advised the Court that the parties have stipulated to an extension through Monday, May 23, 2005.  Accordingly,

IT IS ORDERED:

1.  Defendant Bank of America's unopposed Motion to Continue Time to File a Reply Brief in Support of its Motion to Dismiss (Filing No. 26) is granted; and

2.  Bank of America shall file its reply in support of its Motion to Dismiss on or before Monday, May 23, 2005.

DATED this 17th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge